IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JARVIS JOSEPHUS CANTY, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:25-cv-00527-MTT-CHW |
| | * | |
| LT PENDLETON et al, | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 9/16/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk